IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMMIE MCCASTLE**                                                                                   **PLAINTIFF**

**V.**                        **CASE NO.: 4:08-CV-00282-BSM**

**NATIONAL HOME CENTERS, INC.**                                                   **DEFENDANT**

## ORDER

Pending before the Court is the Application of January 9, 2009 by Joseph A. Strode, Bridges, Young, Matthews & Drake PLC for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the Court disburse money from the Library Fund in the amount of Five Hundred Sixty Five Dollars and 34/100 ($565.34) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 12th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE